# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2016

Robert P. Young, Jr.,
Chief Justice

153609(17)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JOSEPH CONSTANT,
     Plaintiff,

v

SC: 153609
AGC: 1770-15

ATTORNEY GRIEVANCE COMMISSION,
     Defendant.

_____/

On order of the Chief Justice, plaintiff's motion to exceed the page limitation for his motion for reconsideration is GRANTED. The 36-page motion submitted on December 12, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016

